UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AARON SHELDON BEAVER,<br><br>Petitioner,<br>v.<br>CLARK COUNTY SHERIFF, et al.,<br><br>Respondents. | Case No. 2:16-cv-01025-RFB-CWH<br><br>ORDER |

Petitioner Aaron Sheldon Beaver has submitted a *pro se* habeas corpus petition and two applications to proceed *in forma pauperis* (ECF Nos. 1 and 2). The first application is incomplete, and the financial information provided with the second application indicates that he is able to pay the $5.00 filing fee.

In any event, the claims that petitioner set forth are not cognizable in habeas corpus but rather are allegations of violations of his civil rights pursuant to 42 U.S.C. § 1983 (*see* ECF No. 1-1). Further, the court may take judicial notice of its docket, and Beaver has § 1983 complaint pending in this court that sets forth the same claims that he seeks to set forth here (*See* ECF No. 1-1; 2:16-cv-01026-JAD-VCF). Accordingly, this petition is dismissed as noncognizable in federal habeas corpus.

. . .

. . .

. . .

. . .

. . .

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** as set forth in this order.

**IT IS FURTHER ORDERED** that petitioner's first and second applications to proceed in forma pauperis (ECF Nos. 1 and 2) are both **DENIED** as moot.

**IT IS FURTHER ORDERED** that, to the extent necessary in this procedural context, a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 8 June 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE